# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **ANNA DANG,** *Plaintiff* | § § § |
| **v.** | § § No. 1:25-CV-01568-RP |
| **TESLA, INC.,** *Defendant* | § § § § |

## ORDER ON *IN FORMA PAUPERIS* STATUS

Before the Court is Plaintiff Anna Dang's Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support and Complaint. *See* Dkt. 2. The undersigned has reviewed Dang's financial affidavit and determined that she is indigent and should be granted leave to proceed *in forma pauperis*, without prepayment of fees.

Accordingly, the Court hereby **ORDERS** Dang's request to proceed *in forma pauperis*, Dkt. 2, is **GRANTED**. The Clerk of the Court shall file Dang's complaint without prepayment of fees or costs or giving security therefor pursuant to 28 U.S.C. § 1915(a). This indigent status is granted subject to a later determination that the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Dang is further advised that, although she has been granted leave to proceed *in forma pauperis,* a court may, in its discretion, impose costs of court at the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

Because Dang has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review her Complaint under § 1915(e)(2). After reviewing Dang's Complaint, the Court has determined that this case should not be dismissed as frivolous at this time. However, the Court cautions Dang that the Court may make a determination in the future that the action should be dismissed because the allegation of poverty is untrue or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Dang is further advised that, although she has been granted leave to proceed *in forma pauperis*, the Court may, in its discretion, impose costs of court against her at the conclusion of this lawsuit, as in other cases. *See Moore*, 30 F.3d at 621.

Accordingly, the Court **FURTHER ORDERS** that the Clerk of the Court shall issue summons and the United States Marshal is ordered to commence service of process, including service of Dang's complaint upon the named defendant under Rules 4 and 5 of the Federal Rules of Civil Procedure.

The Court **FINALLY ORDERS** Dang's request for permission to file electronically in this matter, Dkt. 3, is **GRANTED**. Dang is instructed to review the Court's Administrative Policies and Procedures for Electronic Filing, and is reminded that under Section 6(h) of those Policies and Procedures, "if it is determined by the Court that the Filing User is abusing the privilege to electronically file documents or is consistently error prone in electronic filing, the Filing User's registration may be rescinded."

SIGNED October 9, 2025.

                                 DUSTIN M. HOWELL
                                 UNITED STATES MAGISTRATE JUDGE